**Samuel H. CURRY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54975.**

Missouri Court of Appeals,
Western District.

March 24, 1998.

Tara L. Jensen, Assistant Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christi A. Ingalsbe, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and HANNA and HOWARD, JJ.

**ORDER**

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for postconviction relief.

Affirmed.